## PRICE *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 56, September Term, 1959.]

*Decided January 14, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of the court below.